**Order entered September 26, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00781-CV

**JERRY A. POWELL, MD, Appellant**

**V.**

**ERIC KNIPP AND LAURA KNIPP, Appellees**

**On Appeal from the County Court at Law No. 5
Dallas County, Texas
Trial Court Cause No. CC-13-02581-E**

## ORDER

We **GRANT** appellant's September 24, 2014 unopposed motion for extension of time to file reply brief and **ORDER** the brief be filed no later than October 13, 2014. No further extensions will be granted absent exigent circumstances.

/s/    CRAIG STODDART
        JUSTICE